FILED

WHA

530

JUN 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2 Name FELIX        SCOTT      E.
        (Last)      (First)      (Initial)

3 Prisoner Number DMH/CSH CO-550-4 & CDC #AC9511

4 Institutional Address P.O. BOX 5500 B-V-101

5         WASCO, CA 93280

6 =======================================================

7 **UNITED STATES DISTRICT COURT**
  **NORTHERN DISTRICT OF CALIFORNIA**

8 SCOTT E. FELIX            CV 10 2823
  (Enter the full name of plaintiff in this action.)

9

10        vs.                    Case No. _____
                                  (To be provided by the clerk of court)    **(PR)**

11 DMH DIRECTOR DR.

12 S. MAYBERG ET. AL,        **PETITION FOR A WRIT**
                              **OF HABEAS CORPUS**

13 SHERIFF P. HEDGE,         HAINES V. KERNER

14 WARDEN P. VASQUEZ         404 U.S. 519, 520
   (Enter the full name of respondent(s) or jailor in this action)   92 S. CT. 594 (1972)

15

16 =======================================================
   Read Comments Carefully Before Filling In       **E-filing**

17 When and Where to File

18        You should file in the Northern District if you were convicted and sentenced in one of these

19 counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.  You should also file in

21 this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 good time credits, and you are confined in one of these counties.  Habeas L.R. 2254-3(a).

23        If you are challenging your conviction or sentence and you were not convicted and sentenced in

24 one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 District Court for the district in which the state court that convicted and sentenced you is located.  If

26 you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 your petition will likely be transferred to the district court for the district that includes the institution

28 where you are confined.  Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS        - 1 -

1   Who to Name as Respondent

2          You must name the person in whose actual custody you are.  This usually means the Warden or

3   jailor.  Do not name the State of California, a city, a county or the superior court of the county in which

4   you are imprisoned or by whom you were convicted and sentenced.  These are not proper

5   respondents.

6          If you are not presently in custody pursuant to the state judgment against which you seek relief

7   but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8   custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9   was entered.

10  A.  INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11          1.  What sentence are you challenging in this petition?

12                  (a)    Name and location of court that imposed sentence (for example; Alameda

13                          County Superior Court, Oakland):

14                          S.F. SUPERIOR COURT      SAN FRANCISCO COUNTY

15                          Court                              Location

16                  (b)    Case number, if known  SUPERIOR COURT # 109100

17                  (c)    Date and terms of sentence  10/20/2006  INDETERMINATE

18                  (d)    Are you now in custody serving this term?  (Custody means being in jail, on

19                          parole or probation, etc.)            Yes ✓    No _____

20                          Where?

21                          Name of Institution: DMH COALINGA STATE HOSPITAL

22                          Address: P.O. Box 5003, COALINGA, CA 93210

23          2.  For what crime were you given this sentence?  (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known.  If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  NOTICE OF APPEAL, JUDGMENT INDETERMINATE

27  COMMITMENT WELFARE & INSTITUTIONS CODE

28  § 6600 ET, SEQ. SEE EXHIBIT - 1

PET. FOR WRIT OF HAB. CORPUS          - 2 -

1  3. Did you have any of the following?

2      Arraignment:                     Yes _____    No ✓

3      Preliminary Hearing:            Yes _____    No ✓

4      Motion to Suppress:           Yes ✓    No _____

5  4. How did you plead?

6      Guilty _____    Not Guilty ✓    Nolo Contendere _____

7      Any other plea (specify) _____ N/A _____

8  5. If you went to trial, what kind of trial did you have?

9      Jury ✓    Judge alone_____    Judge alone on a transcript _____

10  6. Did you testify at your trial?         Yes ✓    No _____

11  7. Did you have an attorney at the following proceedings:

12      (a)    Arraignment              Yes _____    No ✓

13      (b)    Preliminary hearing      Yes _____    No ✓

14      (c)    Time of plea            Yes ✓    No _____

15      (d)    Trial                 Yes ✓    No _____

16      (e)    Sentencing            Yes ✓    No _____

17      (f)    Appeal               Yes ✓    No _____

18      (g)    Other post-conviction proceeding   Yes ✓    No _____

19  8. Did you appeal your conviction?      Yes ✓    No _____

20      (a)    If you did, to what court(s) did you appeal?

21          Court of Appeal         Yes ✓   No _____

22          Year: 12/16/08   Result: DISMISSAL & AFFIRMED

23          Supreme Court of California    Yes ✓   No _____

24          Year: 3/25/09   Result: PETITION REVIEW DENIED

25          Any other court         Yes ✓   No _____

26          Year: 12/29/09   Result: DEMURRER DENIED

27

28      (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS     - 3 -

1                 petition?                          Yes __✓__   No_____

2         (c)      Was there an opinion?        Yes __✓__   No_____

3         (d)      Did you seek permission to file a late appeal under Rule 31(a)?

4                                                 Yes _____   No_✓_

5               If you did, give the name of the court and the result:

6                                   N/A

7

8 9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9 this conviction in any court, state or federal?          Yes _____   No_✓_

10        [Note:  If you previously filed a petition for a writ of habeas corpus in federal court that

11 challenged the same conviction you are challenging now and if that petition was denied or dismissed

12 with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13 for an order authorizing the district court to consider this petition.  You may not file a second or

14 subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

15 U.S.C. §§ 2244(b).]

16        (a)      If you sought relief in any proceeding other than an appeal, answer the following

17                       questions for each proceeding.  Attach extra paper if you need more space.

18             I.      Name of Court: _____N/A_____

19                       Type of Proceeding: _____N/A_____

20                       Grounds raised (Be brief but specific):

21                       a._____N/A_____

22                       b._____

23                       c._____N/A_____

24                       d._____

25                       Result: _____N/A_____Date of Result:_____

26             II.    Name of Court: _____N/A_____

27                       Type of Proceeding: _____N/A_____

28                       Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS     - 4 -

1    a._____

2    b._____

3    c._____ N/A

4    d._____

5    Result: _____ Date of Result:_____

6    III.    Name of Court: _____

7    Type of Proceeding: _____

8    Grounds raised (Be brief but specific):

9    a._____

10    b._____

11    c._____ N/A

12    d._____

13    Result: _____ Date of Result:_____

14    IV.    Name of Court: _____

15    Type of Proceeding: _____

16    Grounds raised (Be brief but specific):

17    a._____

18    b._____

19    c._____ N/A

20    d._____

21    Result: _____ Date of Result:_____

22    (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23    Yes ✓    No____

24    Name and location of court: SUPERIOR COURT SAN FRANCISCO

25    **B. GROUNDS FOR RELIEF**

26    State briefly every reason that you believe you are being confined unlawfully.  Give facts to

27    support each claim.  For example, what legal right or privilege were you denied?  What happened?

28    Who made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if you

1 │ need more space. Answer the same questions for each claim.

2 │     [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 │ petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 │ 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 │ Claim One: THE CALIFORNIA SUPREME COURT & FIRST
6 │ DISTRICT COURT OF APPEALS ERRED IN RULINGS.

7 │ Supporting Facts: _____

8 │
9 │     SEE ATTACHED SUPPORTING FACTS

10 │
11 │ Claim Two: THE CALIFORNIA SUPREME COURT & FIRST
12 │ DISTRICT COURT OF APPEALS ERRED IN RULINGS.

13 │ Supporting Facts: _____

14 │
15 │     SEE ATTACHED SUPPORTING FACTS

16 │
17 │ Claim Three: THE CALIFORNIA SUPREME COURT & FIRST
18 │ DISTRICT COURT OF APPEALS ERRED IN RULINGS.

19 │ Supporting Facts: _____

20 │
21 │     SEE ATTACHED SUPPORTING FACTS

22 │

23 │     If any of these grounds was not previously presented to any other court, state briefly which

24 │ grounds were not presented and why:

25 │ THE APPEAL ATTORNEY JANICE R. MAZUR
26 │ DID NOT RAISE THEM & OR REMOVED THEM
27 │ TO FOCUS ON STRONGER CLAIMS IN THE
28 │ CASE ACCORDING TO HER STATEMENTS TO ME.
    SEE ATTACHED "GROUNDS"

< NOT PRESENTED >

1       List, by name and citation only, any cases that you think are close factually to yours so that they

2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3   of these cases:

4           SEE ATTACHED <CASE LAW & AUTHORTIES>

5

6

7   Do you have an attorney for this petition?                 Yes____    No__ ✓

8   If you do, give the name and address of your attorney:

9                       N/A

10       WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11   this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13   Executed on JUNE 20TH 2010           Scott E. Felix

14           Date                         Signature of Petitioner

15

16

17

18

19

20   (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS     - 7 -

# ⟨ B. GROUNDS FOR RELIEF ⟩

PLAINTIFF, HAS NO OTHER PLAIN OR ADEQUATE FORM OF RELIEF ON THE GROUNDS DESCRIBED, IN THE FEDERAL UNITED STATES PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY, ILLEGALLY UNLAWFULLY PURSUANT, TO EACH OF THE FOREGOING VIOLATIONS OF THE UNITED STATES CONSTITUTION...

PLAINTIFF, SUBMITS THE SAID ATTACHED EXHIBIT - A HEREIN WITH B. GROUNDS FOR RELIEF UNDER SUPPORTING FACTS TO THE EXHIBITS - 1 THROUGH EXHIBIT - 9 AS DESCRIBED IN PLAINTIFFS DECLARATION OF FACTS, AS PROOF THERE IS SUFFICIENT EVIDENCE FOR THE COURT TO GRANT THE GROUNDS FOR RELIEF SOUGHT IN NOT ONLY THE INTEREST OF JUSTICE BUT EQUALITY OF DUE PROCESS UNDER FEDERAL CONSTITUTIONAL LAW... SEE EXHIBIT - A...

# PAGE - II

THEREFORE, PLAINTIFF MOVE
THIS HONORABLE COURT GRANT
THE FOLLOWING RELIEF...

1. ORDER A COMPLETE
THOROUGH JUDICIAL HEARING
WITH A EVIDENTIARY HEARING
ON THE FACTS SUBMITTED...

2. ORDER THE APPOINTMENT
OF LEGAL COUNSEL WITH A
PRIVATE INVESTIGATOR TO IN
THE INTEREST OF JUSTICE
INVESTIGATE THE VIOLATIONS
OF FEDERAL CONSTITUTIONAL
LAW & REPRESENT PLAINTIFF
BEFORE THE COURT...

3. ORDER & GRANT A FULL
FEDERAL JURY TRIAL ON THE
ISSUES RAISED IN THE SAID
PLEADINGS UNDER FEDERAL
CONSTITUTIONAL LAW...

4. ORDER THE STATE ATTORNEY
GENERAL TO PREPARE ALL COURT
TRANSCRIPTS FOR THE COURT...

# PAGE - III

5. IN ALTERNATIVE THE COURT GRANT PLAINTIFF SUMMARY JUDGEMENT ON ANY OR ALL CLAIMS RAISED IN THE WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY ILLEGALLY & ORDER THE FOLLOWING:

A. ORDER THE IMMEDIATE & UNCONDITIONAL RELEASE OF PLAINTIFF BY THE STATE..

B. ORDER THE STATE OF CALIFORNIA ATTORNEY GENERAL & ALL STATE COURTS IN GOOD FAITH EXPUNGE ANY & ALL RECORDS RELATED & OR REFERANCED UNDER THE WELFARE & INSTITUTION CODE SECTION §§ 6600 ET.SEQ OF THE SUP - ACT.

C. ORDER THE FEDERAL COURT CLERK TO GATHER ALL FILINGS IN THE DESCRIBED MATTER FOR PROPER DISPOSTION BY THE COURT & HEARING...

# PAGE - IV

6. THE COURT GRANT & TAKE ANY FURTHER ACTION THE COURT DEEM JUST, PROPER & FIT IN THE INTEREST OF JUSTICE.

I, SCOTT E. FELIX, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THE FOREGOING TO BE TRUE & CORRECT.

EXECUTED THIS 20TH DAY OF JUNE 2010.

CORDIALLY

_Scott E. Felix_

SCOTT E. FELIX

EXHIBIT - A

B. GROUNDS FOR RELIEF

and

SUPPORTING FACTS

# B. GROUNDS FOR RELIEF and SUPPORTING FACTS

PLAINTIFF, SCOTT E. FELIX, DUE TO THE COMPLEXITY OF CASE, DENIAL OF PRO-SE' LEGAL PROPERTY BY THE CALIFORNIA DEPARTMENT OF MENTAL HEALTH, <DMH> and COALINGA STATE HOSPITAL, <CSH> IN ACTIVE CONCERT WITH THE SAN LUIS OBISPO COUNTY JAIL SHERIFF'S DEPARTMENT ACTS' OF DELIBERATE - INDIFFERENCE SUBMITS THE GROUNDS FOR RELIEF and SUPPORTING FACTS PURSUANT <HAINES V. KERNER>, 404 U.S. 519 - 520 92 S. CT. 594, (1972) OF THE STATUS BY PLAINTIFF UNDER LESS STRINGENT STANDARDS', THEN FORMAL PLEADINGS DRAFTED BY LAWYERS...

PLAINTIFF, HEREBY MOVE BEFORE THE UNITED STATES' DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA IN THE MATTER OF <PEOPLE V. SCOTT E. FELIX>, SUPERIOR COURT CASE # 109100 FOR THE CITY and COUNTY OF SAN FRANCISCO FOR THE STATE OF CALIFORNIA... SEE EXHIBIT - 1 NOTICE OF APPEAL OF INDETERMINATE COMMITMENT

# PAGE - II

PLAINTIFF'S "OPENING BRIEF" WAS FILED NOVEMBER 15TH 2007, IN THE COURT OF APPEALS FOR THE STATE OF CALIFORNIA, FIRST APPELLATE DISTRICT - DIVISION FIVE, COURT OF APPEAL CASE No. A115717 BY ATTORNEY JANICE R. MAZUR, SBN #144611... SEE EXHIBIT - 2

PLAINTIFF'S "OPENING BRIEF" RAISED SIX SPECIFIC ISSUES ON APPEAL AS DESCRIBED

LEGAL ARGUMENT...

I. THE TRIAL COURT LACKED JURISDICTION TO EXTEND APPELLANT'S COMMITMENT AFTER SEPTEMBER 20TH 2006.

A. SB 1128 REPEALED THE RE-COMMITMENT PROVISIONS OF THE FORMER LAW & THE COURTS ARE THUS WITHOUT STATUTORY AUTHORITY TO APPLY THE NEW LAW TO PERSONS ALREADY COMMITTED UNDER THE OLD LAW...

# PAGE - III

**B. THE COURTS ARE Without AUTHORITY To RE-WRITE THE AMENDED STATUTE To COMPORT With THE STATE LEGISLATIVE INTENT**

**II. THE PEOPLE ARE JUDICIALLY ESTOPPED FROM PROCEEDING ON THE PETITIONS BY VIRTUE OF THEIR ENTRY INTO CONSENT JUDGMENT PRECLUDING THE TYPES OF DIAGNOSIS RENDERED IN THIS CASE.**

**III THE PETITION SHOULD HAVE BEEN DISMISSED BECAUSE THE PEOPLE FAILED To ALLEGE OR PROVE A "RECENT OVERT ACT".**

**A. PRINCIPLES... PERIOD OF TIME..**

**B. DUE PROCESS... HIS LAST SEXUAL VIOLATION.**

# PAGE - IV

## IV. THE PETITIONS MUST BE DISMISSED ... AS ITS REQUIRED BY SECTION 6601.

## V. RETROACTIVE APPLICATION OF THE ... DUE PROCESS RIGHTS...

## VI. ASSUMING, ARGUENDO... COURT ERRED IN DISMISSING THE 2006 PETITION...

THE RESPONDENTS BRIEF ADMITS PAGE - 1 THE 2002 & 2004 PETITIONS RUN THROUGH JULY 22ND, 2006 & THE STATE ATTORNEY GENERAL CONCEDES JURISDICTION LOST UPON THE DISMISSING OF THE 2006 SUP PETITION... SEE EXHIBIT - 3

THUS, BECAUSE THE SEPT. 20TH 2006, VERDICT WAS RENDERED ON MOOT 2002 & 2004 PETITIONS & A DISMISSED PROBABLE CAUSE 2006 PETITION COMMITMENT INVALID.

# PAGE - V

THE FOLLOWING EXHIBITS ARE IN CHRONOLOGICAL ORDER TO THE ENTIRE STATE JUDICIAL PROCESS & FILING OF THIS PETITION OF WRIT OF HABEAS CORPUS TO THE SAID FEDERAL COURT...

EXHIBIT - 4 APPELLANTS REPLY BRIEF DATED 6/2/2008;

EXHIBIT - 5 STATE OF CALIFORNIA FIRST APPELLATE DISTRICT 12/16/2008 RULING;

EXHIBIT - 6 STATE OF CALIFORNIA FIRST APPELLATE DISTRICT 1/6/2009 ORDER;

EXHIBIT - 7 PETITION FOR REVIEW CALIFORNIA SUPREME COURT 1/27/2009;

EXHIBIT - 8 SUPREME COURT OF CALIFORNIA CASE # S170045 EN BANC DENIAL 3/25/2009;

# PAGE - VI

EXHIBIT - 9 DECLARATION
OF FACTS BY PLAINTIFF SCOTT
E. FELIX 6/20/2010;

PLAINTIFF, REITIZATES ALL
DESCRIBED FACTS CITED IN
THE PETITION FOR WRIT OF
HABEAS CORPUS, SUPPORTING
CASE LAW & AUTHORITIES FOR
RELIEF AS SET FORTH IN THE
ATTACHED NINE EXHIBITS &
DECLARATION OF FACTS...

I, SCOTT E. FELIX, HEREBY
DECLARE UNDER THE PENALTY
OF PERJURY THE FOREGOING
IS TRUE & CORRECT. EXECUTED
JUNE 20TH 2010.

CORDIALLY

Scott E. Felix
SCOTT E. FELIX

# ⟨ GROUNDS NOT PRESENTED ⟩

FOR THE COURTS RECORD, SOME OF THE EXHIBITS & PLEADINGS BEFORE COURT CONTAIN CLAIMS THAT WERE NOT FULLY PRESENTED TO THE STATE OF CALIFORNIA SUPREME COURT OVER PLAINTIFF'S VERBAL & WRITTEN OBJECTIONS TO COUNSEL OF RECORD Ms. JANICE R. MAZUR SBN # 14461 OF MAZUR & MAZUR 13465 CAMINO CANADA No. 106 - 103 EL CAJON, CA 92021 PHONE ⟨888⟩ 810 - 5950 & FAX ⟨888⟩ 447 - 7085 ATTORNEY FOR APPELLANT SCOTT E. FELIX...

THEREFORE, SINCE PLAINTIFF'S ATTORNEY FAILED TO EXHAUST ALL THE CLAIMS INITIALLY SUBMITTED TO THE CALIFORNIA FIRST APPELLATE DISTRICT DIVISION FIVE IN THE COURT OF APPEALS... SEE ATTACHED ⟨APPELLANTS' OPENING BRIEF⟩ FILED NOVEMEBER 15TH 2007 EXHIBIT-2 PLAINTIFF WILL NOT SEEK LEAVE TO AMEND COMPLAINT & COMPLY WITH THE COMITY RULE UNDER ⟨O'SULLIVAN V. BOERCKEL⟩ 526 U.S. 838, 845 ⟨1990⟩..

# PAGE - II

THUS, PLAINTIFF WILL SATISFY THE
EXHAUSTION REQUIREMENT BY FULLY
& FAIRLY PRESENTING EACH OF THE
UNEXHAUSTED CLAIMS TO THE STATES
HIGHEST COURT THROUGH THE LOWER
COURTS IN THE MATTER OF < PEOPLE
V. SCOTT E. FELIX >, SUPERIOR COURT
CASE No. 109100 UNDER STATE OF
CALIFORNIA PETITION FOR WRIT OF
HABEAS CORPUS SEPARATELY...

PLAINTIFF, MOVES FORWARD WITH
ALL EXHAUSTED CLAIMS DESCRIBED
IN THIS PETITION FOR WRIT OF
HABEAS CORPUS BY A PERSON IN
STATE CUSTODY ILLEGALLY, WHILE
INDIVIDUALLY EXHAUSTING ANY OTHER
UNEXHAUSTED CLAIMS BY INVOKING
ONE COMPLETE ROUND OF THE STATE'S
ESTABLISHED APPELLATE REVIEW, &
PROCESS THROUGH CALIF SUPREME COURT...

THE COURT MAY MOVE ON THE SAID
PLEADINGS CONTIANED AS THEY HAVE
SATISFIED THE EXHAUSTION STATE
& FEDERAL REQUIREMENT RULE...

# PAGE - III

WHEREFORE, PLAINTIFF AS STATED WILL MAKE A FULL, & FAIR STATE PRESENTATION ON EACH UNEXHAUSTED CLAIMS WITH A FACTUAL, & LEGAL BASIS FOR EACH CLAIM, INCLUDING REFERENCE TO A FEDERAL UNITED STATES CONSTITUTIONAL GUARANTEE, WITH A STATE OF FACTS THAT ENTITLE THE PLAINTIFF TO RELIEF... ALSO SEE: <SCOTT V. SCHRIRO>, 567 F.3D 573, 582 <9TH CIR. 2009>,<PER CURIAM>.

PLAINTIFF, MOVE THE COURT ACCEPT ALL OTHER CLAIMS CONFORMING TO RULE #5 OF THE RULES GOVERNING SECTION 2254 IN THE UNITED STATES DISTRICT COURT AS FULLY, & FAIRLY EXHAUSTED...

I, SCOTT E. FELIX, HEREBY DECLARE THE FOREGOING TO BE TRUE, & CORRECT UNDER CALIFORNIA LAW...

CORDIALLY SUBMITTED

Scott E. Felix

EXECUTED: 6/20/2010 SCOTT E. FELIX

⟨CASE LAW & AUTHORTIES⟩

THE FOLLOWING CASE LAW & AUTHORTIES DESCRIBED ARE DIRECTLY RELATED TO THE FACTUAL ISSUES' RAISED IN THE PLAINTIFF'S APPEAL NOW BEFORE THIS HONORABLE COURT FOR REVIEW...

THE FIRST THREE CASE PROVE THE ERRORS' THAT HAVE OCCURRED IN THE MATTER OF ⟨PEOPLE V. SCOTT E. FELIX SUPERIOR COURT CASE NO. 109100⟩, ALL REMAINING CASE LAW & AUTHORTIES ARE APPLICABLE UNDER STATE OF CALIFORNIA & FEDERAL UNITED STATES CONSTITUTIONAL LAW...

CALIFORNIA CASES

1. PEOPLE V. LITMON ⟨2008⟩ 162 CAL. APP. 4TH 383...

2. PEOPLE V. JOHNSON ⟨2006⟩ 38 CAL. 4TH 717...

3. PEOPLE V. BOURGUEZ ⟨2007⟩ 156 CAL. APP. 4TH 1275...

# PAGE II

4. LITMON V. SUPERIOR COURT <2004> 123 CAL. APP. 4TH 1156 ...

5. IN RE: DAVID WOODROW SMITH CA. SUPREME COURT 3/24/2005 _____?

6. FONTANA UNIFIED SCHOOL DISTRICT V. BURMAN <1988> 45. CAL. 3D 152...

7. GREAT LAKES PROPERTIES, INC. V. CITY OF EL SEGUNDO <1977> 19 CAL. 3D 152 ...

8. HALBERT'S LUMBER, INC. V. LUCKY STORES, INC. <1992> 6 CAL. APP. 4TH 1233 ...

9. HUBBART V. SUPERIOR COURT <1999> 19 CAL. 4TH 1138 ...

10. IN RE: LUKE W. <2001> 88 CAL. APP. 4TH 650 ...

11. JURCOANE V. SUPERIOR COURT <2001> 93 CAL. APP. 4TH 886 ...

12. PEOPLE V. AVENA <1996> 13 CAL. 4TH 394 ...

# PAGE - III

13. BAKER V. SUPERIOR COURT <1984>, 35 CAL. 3D 663...

14. IN RE: LAWRENCE <2008>, 44 CAL. 4TH 1181...

15. PEOPLE V. CAMPBELL <1902>, 138 CAL. 11...

16. PEOPLE V. CARROLL <2007>, 158 CAL. APP. 4TH 503...

17. PEOPLE V. GARCIA <1999>, 21 CAL. 4TH 1...

18. PEOPLE V. GUZMAN <2005>, 35 CAL. 4TH 577...

19. PEOPLE V. HURTADO <2002>, 28 CAL. 4TH 1179...

20. PEOPLE V. MARTIN <1980>, 107 CAL. APP. 3D 714...

21. PEOPLE V. PALACIOS <2007>, 41 CAL. 4TH 720...

# PAGE - IV

22. PEOPLE V. PIETERS <1991> 52 CAL. 3D 894 ...

23. PEOPLE V. WHALEY <2008>, 160 CAL. APP. 4TH 779 ...

24. ROSS V. CITY OF LONG BEACH <1944>, 24 CAL. 2D 258 ...

25. SECURITY PACIFIC NATIONAL BANK V. WOZAB <1990>, 51 CAL. 3D 991 ...

26. TURNER V. SUPERIOR COURT <2003>, 105 CAL. APP. 4TH 1046 ...

27. BUTLER V. SUPERIOR COURT <2000>, 78 CAL. APP. 4TH 1171 ...

28. EVANGELATOS V. SUPERIOR COURT <1988> 44 CAL. 3D 1188 ...

29. JACKSON V. COUNTY OF LOS ANGELES <1997>, 60 CAL. APP. 4TH 171 ...

30. IN RE: MALINDA S. <1990> 51 CAL. 3D 368 ...

# PAGE - V

31. McCLUNG V. EMPLOYMENT DEVELOP-MENT DEPARTMENT <2004>, 34 CAL. 4TH 467 . . .

32. PEOPLE V. CARLIN <2007>, 150 CAL APP. 2D 322 . . .

33. PEOPLE V. OTTO <2001>, 26 CAL. 4TH 200 . . .

34. PEOPLE V. SHIELDS <2007>, 155 CAL. APP. 4TH 559 . . .

35. DAY V. CITY OF FONTANA <2001>, 25 CAL. 4TH 268 . . .

36. DYNA-MED V. FAIR EMPLOYMENT & HOUSING COM. <1987>, 43 CAL 3D 1379 . . .

37. PEOPLE V. BENSON <1998>, 18 CAL. 4TH 24 . . .

38. PEOPLE V. BUFFINGTON <1994>, 74 CAL. APP. 4TH 1149 . . .

# PAGE - VI

39. PEOPLE V. HUBBART ⟨2001⟩, 88 CAL. APP. 4TH 1202 . . .

40. PEOPLE V. JEFFERSON ⟨1992⟩, 21 CAL. 4TH 86 . . .

41. SANTISAS V. GOODIN ⟨1998⟩, 17 CAL. 4TH 599 . . .

42. PEOPLE V. ROBLES ⟨2000⟩, 23 CAL. 4TH 1106

43. PEOPLE V. SUPERIOR COURT ⟨GHILOTTI⟩ 2002 27. CAL. 4TH 888, 924.

44. PEOPLE V. SIMPSON ⟨1973⟩, 30 CAL. APP. 3D 177, 183.

45. ESTATE OF CHILDS ⟨1941⟩ 18 CAL. 2D 237, 246

46. ROBERT L. V. SUPERIOR COURT ⟨2003⟩ 30 CAL. 4TH 894, 900

47. PEOPLE V. LOPEZ ⟨2005⟩ 34 CAL. 4TH 1002, 1006

# PAGE - VII

CALIFORNIA STATUTES

WELFARE & INSTITUTIONS' CODE

1. SECTION 6600 ET, SEQ.

2. SECTION 6601 INCLUSIVE

3. SECTION 6601.3 INCLUSIVE

4. SECTION 6602 INCLUSIVE

5. SECTION 6603 INCLUSIVE

6. SECTION 6604 INCLUSIVE

7. SECTION 6604.1 INCLUSIVE

8. SECTION 6605 INCLUSIVE

CODE OF CIVIL PROCEDURES

1. SECTION 170.6

2. SECTION 904.1

# PAGE - VIII

## CODE OF CIVIL PROCEDURES

3. SECTION 1858

## CALIFORNIA PENAL CODE

1. SECTION 1237 ET, SEQ.

## CALIFORNIA RULES OF COURT

1. RULE 8.500

## SECONDARY SOURCES

1. 7 WITKIN SUM. CAL. LAW, CONST
   LAW 3 633

THE JUDICIARY SAYS, YOU CAN'T HAVE
IT BOTH WAYS: JUDICIAL ESTOPPEL
- A DOCTRINE PRECLUDING INCONSIST-
ENT POSITIONS <1996> 30 LOYOLA
L.A. L. REV. 323 ...

PAGE IX

FEDERAL CASES

1. FOUCHA V. LOUISIANA <1992> 504
U.S. 71. [112 S. CT. 178, 118 L.ED. 2D
437...

2. U.S. V. EIGHT THOUSAND, EIGHT
HUNDRED & FIFTY DOLLARS <$8,850>
IN U.S. CURRENCY <1983> U.S. 555
<103 S. CT. 2005>...

3. CHAPMAN V. CALIFORNIA <1967> 386
U.S. 18, <87 S. CT. 824, 17 L.ED. 2D
705>...

4. KANSAS V. CRANE <2002> 534
U.S. 407, 122 S. CT. 867...

5. BAKER V. WINGO <1972> 407 U.S.
514 <92 S. CT. 2182>...

6. LYNCH V. BAXLEY <M.D. ALA. 1974>
386 F. SUPP. 378...

7. MARBURY V. MADISON <1803> 5 U.S.
<1 CRANCH> 137, <2 L.ED. 60, 73>...

# PAGE - X

8. UNITED STATES V. MONSANTO ⟨1989⟩
491 U.S. 600, 109 S.CT. 2657...

9. UNITED STATES V. NAFTALIN ⟨1979⟩
441 U.S. 768, 99 S.CT. 2077...

10. CLEVELAND V. POLICY MANAGEMENT
SYSTEMS CORP ⟨5TH CIR. 1997⟩ 120
F.3D 513...

11. DAVIS V. WAKELEE ⟨1895⟩ 156 U.S.
680, 15 S.CT. 555...

12. EDWARDS V. AETNA LIFE INS. CO. ⟨6TH
CIR. 1982⟩ 690 F.2D 595...

13. LANDGRAF V. USI FILM PRODUCTS
⟨1994⟩ 511 U.S. 244, ⟨128 L.ED. 2D
229, 114 S.CT. 1483⟩...

14. MORRISSEY V. BREWER ⟨1972⟩ 408
U.S. 471, ⟨92 S.CT. 2593, 33 L.ED 2D
484⟩...

15. UNITED STATES V. SECURITY INDUSTRIAL
BANK ⟨1982⟩ 459 U.S. 70, ⟨74 L.ED.
2D 235, 103 S.CT. 407.⟩...

# PAGE - XI

16. NEW HAMPSHIRE V. MAINE <2001>, 532; U.S. 742, 121 S. CT. 1808 ...

17. RUSSELL V. ROLFS <9TH CIR. 1990>, 893 F. 2D 1033 ...

18. UNITED STATES' V. McCASKEY <5TH CIR. 1993>, 9 F. 3D 368 ...

19. VITEK V. JONES <1980> 445 U.S. 480, 491 <100 S. CT. 1254> ...

20. ROBINSON V. CALIFORNIA <1962>, 370 U.S. 660 I.D. @ 667 DRUNK IN PUBLIC V. CRUEL & UNUSUAL PUNISHMENT CLAUSE ...

21. WILKINSON V. AUSTIN <2005> 545 U.S. 209, 221 <125 S. CT. 2384; SEE: U. S. CONST., 14TH AMENDMENT ...

22. CLEVELAND BD. OF EDUC. V. LOUDERMILL <1985>, 470 U.S. 532, 541 <105 S. CT. 1487>

23. ARMSTRONG V. MANZO 380 U.S. 545, 552, 85 S. CT. 1187, 1191, 14 L.ED. 2D 62 <1965> ...

# PAGE - XII

24. GRANNIS' V. ORDEAN, 234 U.S.
385, 394, 34 S. CT. 779, 783,
58 L.ED 1363 <1914>...

25. MATHEWS V. ELDRIDGE <1976>,
424 U.S. 319, 333 <96 S. CT.
893.>

26. MULLANE V. CENTRAL HANOVER
BANK & TRUST CO., 339 U.S. 306,
313, 70 S. CT. 652, 656, 94 L.ED,
865 <1950>.

27. FUENTES V. SHEVIN <1972> 407
U.S. 67, 81 <92 S. CT. 1983>...

28. U.S. V. JAMES DANIEL GOOD
REAL PROPERTY <1993>, 510 U.S.
43, 53 <114 S. CT. 492.>

29. ZINERMON V. BURCH, 494 U.S.
113, 128, 110 S. CT. 975, 984. 985,
108 L.ED. 2D 100 <1990>.

30. BARRY V. BARCHI, 443 U.S. 55,
64-65, 99 S. CT. 2642, 2649 -
2650, 61 L.ED. 2D 365 <1979>.

# PAGE - XIII

31. DIXON V. LOVE, 431 U.S. 105, 115, 97 S. CT. 1723, 1729, 52 L.ED. 2D 172 (1977).

32. NORTH AMERICAN COLD STORAGE CO. V. CHICAGO, 211 U.S. 306, 314 - 320, 29 S. CT. 101, 103 - 106, 53 L.ED. 195 (1908)

33. FDIC V. MALLEN (1988) 486 U.S. 230, 240 108 S. CT. AT 1787 - 1788

34. GILBERT V. HOMAR (1997) 520 U.S. 924, 930 - 931 (117 S. CT. 1807

35. CITY OF LOS ANGELES V. DAVID (2003) 538 U.S. 715, 716 - 717 (123 S. CT. 1895)

36. HELLER V. DOE BY DOE (1993), 509 U.S. 312, 331 (113 S. CT. 2637)

37. WASHINGTON V. HARPER (1990) 494 U.S. 210, 213, 229 (110 S. CT. 1028)

# PAGE - XIV

38. ADDINGTON V. TEXAS <1979> 441
U.S. 418, 419 - 420, 425 <99. S.
CT. 1804>

39. FEDERAL DEPOSIT INS. CORP. V.
MALLEN <1988> 486 U.S. 230,
242 <108 S. CT. 1780> MALLEN.

40. LOGAN V. ZIMMERMAN BRUSH Co.,
455 U.S. 422, 434, 102 S. CT. 1148,
1157, 71 L.ED. 2D 265 <1982>

41. DOGGETT V. U.S. <1992> 505 U.S.
647, 657 <112 S. CT. 2686>

42. HAMDI V. RUMSFELD <2004> 542
U.S. 507, 529 <124 S. CT. 2633>

43. YOUNGBERG V. ROMEO, 457 U.S.
307, 316, 102 S.CT. 2452, 2458,
73 L.ED. 2D 28 <1982>...

44. JONES V. U.S. <1983> 463 U.S.
354, 361 <103 S.CT. 3043>

45. HUMPHREY V. CADY 405 U.S. 504,
509, 92 S.CT. 1048, 1052, 31
L.ED. 2D 394 <1972>

# PAGE - XV

46. O'CONNOR V. DONALDSON, 422 U.S. 563, 580, 95 S. CT. 2486, 2496, 45 L. ED. 2D 396 (1975)

47. PARHAM V. J. R., 442 U.S. 584 600, 99 S. CT. 2493, 2503, 61 L. ED. 2D 101 (1979)

48. ZADVYDAS V. DAVIS (2001) 533 U.S. 678, 690 (121 S. CT. 2491)

49. SELING V. YOUNG (2001) 531 U.S. 250, 262, (121 S. CT. 727)

50. SMITH V. HOOEY, 393 U.S. 374, 377 - 379, 89 S. CT. 575, 576 - 578, 21 L. ED. 2D 607 (1969)

51. UNITED STATES V. EWELL, 383 U.S. 116, 120, 86 S. CT. 773, 776, 15 L.ED. 2D 627 (1966)

52. KANSAS V. HENDRICKS (1997) 521 U.S. 346, 370 (117 S. CT. 2072)

53. HAINES V. KERNER 404 U.S. 519 520, 92 S. CT. 594 - (1972)...

# PAGE - XVI

## OTHER STATE CASES

1. IN RE: GONZALEZ < IOWA SUP. CT. 2003>, 658 N.W. 2D 102 ...

2. IN RE: HARRIS <1982> 98 WN. 2D 276, 654 P.2D 109 ...

3. IN RE: YOUNG <WASH., 1993>, 122 WN. 2D 1, 857 P.2D 989 ...


## UNITED STATES CONSTITUTION

FIFTH AMENDMENT ...

EIGHTH AMENDMENT ...

FOURTEENTH AMENDMENT ...


SPECIAL FOOTNOTE:

IN ADDITION TO ANY OTHER APPLICABLE CASE LAW AUTHORITY & OR UNITED STATE CONSTITUTIONAL LAW...

# PROOF OF SERVICE BY MAIL
## CCP Section 1013(A) 2015.5;
## SCA Section 1746

I, Scott E. Felix, AC9511 Am A Resident/Prisoner Of Wasco State Prison, State Of California:

I Am Over 18 Years & I Am The Plaintiff In The Above Entitled Action. My Prison Address Is P.O. Box 5500, Wasco CA 93280.

Federal Petition For A Writ Of Habeas Corpus Northern District Court Of United States.

### Title Of Documents Served

Plaintiff Files The True Writ Of Habeas Corpus & Its Attached Exhibits Herein By Placing Them In A Prepaid Sealed Manilla Envelope With Postage Paid, In The United States Mail.

Plaintiff, Upon Review By The Assigned CDC Officer Placed In Deposit/Mail Bag To Be Mailed As Addressed:

# PAGE - II

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
BOX - 36060
SAN FRANCISCO, CA 94102

THE CDC WASCO STATE PRISON
PROVIDES MAIL SERVICE BY THE
UNITED STATES POSTAL MAIL SERVICE
& THERE IS A DAILY REGULAR
FORM OF MAIL COMMUNICATION
BY MAIL, BETWEEN THE PLACE
SO ADDRESSED.

I, SCOTT E. FELIX DECLARE
UNDER THE PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE &
CORRECT...

DATED: 6/20/2010          Scott E. Felix