E-filing

**CV 10 2823**

RECEIVED
JUN 28 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EXHIBIT - 1

WHA

(PR)

NOTICE OF APPEAL
INDETERMINATE COMMITMENT
WELFARE and INSTITUTION CODE 5660(?)

DATED OCT 26TH 2006

ATTACHED

COMMITMENT ORDER

DATED OCT 20TH 2006

KENNETH M. QUIGLEY, SBN 96611
650 Fifth Street, Suite 502
San Francisco, CA  94107
Tel: 415/546-7771

Attorney for Defendant
SCOTT FELIX

ENDORSED
FILED
SAN FRANCISCO COUNTY

2006 OCT 26  PM 3:08

GORDON PARK-LI, CLERK

BY: ___Vera Watts___
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT FELIX,<br><br>Respondent.<br>_____/ | No. 109100/1685399 |

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that SCOTT FELIX hereby appeals from the judgment and commitment of the court entered after jury trial in the above-captioned action on October 20, 2006, in Department 27, by Hon. Mary Morgan. He also appeals from the judgment of the court dismissing, without trial, the pending 2006 petition, which dismissal was entered on October 23, 2006, in Department 22, by Hon. James McBride. [All petitions against Mr. Felix under Welfare & Institutions Code §§ 6600 et seq. were filed under the case number above. Only

the 2002 and 2004 petitions were tried before Judge Morgan; the 2006 petition was not tried.]

Defendant states that he is indigent, had appointed counsel at the proceedings in Superior Court, and has insufficient funds to retain counsel on appeal. He therefore requests that counsel be appointed by the court to represent him on appeal.

Defendant's current address is: Scott E. Felix, State Hospital No. 046189-7, Atascadero State Hospital, Atascadero, California, 93423

Dated: October 25, 2006

_____
Kenneth M. Quigley

Attorney for Respondent
SCOTT FELIX

408

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO - COMMITMENT | |
|---|---|
| | **FILED**<br>San Francisco County Superior Court<br>OCT 2 0 2006<br>GORDON PARK-LI, Clerk<br>BY: R. Lee<br>Deputy Clerk |

People of the State of California vs. SCOTT FELIX

| | Dept No. | Judge |
|---|---|---|
| 109100 | S27 | MARY MORGAN |

Counsel for the above-named defendant, KEN QUIGLEY, present.

Court has appointed KEN QUIGLEY, private counsel.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 001 | WI | 6600/F | | 01685399 | | |

Case on calendar: TO SET AFTER 6600WI JURY TRIAL.

JURY'S VERDICT ON 10-18-06 FOUND THAT THE ALLEGATION IN THE 6600WI PETITION THAT RESPONDENT IS A SEXUAL VIOLENTPREDATOR IS TRUE. PURSUANT TO WI6604 RESPONDENT IS COMMITTED FOR AN INDETERMINATE TERM TO THE CUSTODY OF THE STATE DEPARTMENT OF MENTAL HEALTH FOR APPROPRIATE TREATMENT AND CONFINEMENT IN A SECURE FACILITY DESIGNATED BY THE DIRECTOR OF MENTAL HEALTH.

THE COURT ORDERS: SHERIFF TO TRANSPORT RESPONDENT, SCOTT FELIX, FORTHWITH TO ATASCADEROSTATE HOSPITAL.

THE COURT ORDERS: ANNUAL REVIEW PURS 6605WI FROM ATASCADERO STATE HOSPITAL FOR 10-22-07.

FAX: (415)734-3118.

reby certify that the foregoing is a true and correct abstract of orders duly made in the above entitled action 10/20/2006 and he minutes of the Superior Court.

RDON PARK-LI, CLERK

R. Lee

AUL LEE DEPUTY CLERK