EXHIBIT - 6

The State Of California
First Appellate District

Case No. A115717

Dated January 6TH 2009

A. Order Modifying Opinion
No Change In Judgment

B. Order Certifying For
Publication Part - III

# EXHIBIT - A

Case5:10-cv-02823-LHK Document1-6 Filed06/28/10 Page2 of 7

COPY

Filed 1/6/09

**CERTIFIED FOR PARTIAL PUBLICATION**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FIVE

Court of Appeal, First Apellate District
FILED
JAN 6 2009
Diana Herbert, Clerk
by _____ Deputy Clerk

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>SCOTT EMERSON FELIX,<br><br>Defendant and Appellant. | A115717<br><br>(City & County of San Francisco<br>Super. Ct. No. 109100)<br><br>ORDER MODIFYING OPINION<br>[NO CHANGE IN JUDGMENT] |

THE COURT:

It is ordered that the opinion filed herein on December 16, 2008, be modified as follows:

1. Footnote 2 on page 5 becomes part of footnote 1 on page 2 immediately following the first paragraph of footnote 1. All subsequent footnotes are renumbered.

2. On page 20, a new footnote 12 is added in the first paragraph, following the last sentence as follows:

> An SVP is defined as "a person who has been convicted of a sexually violent offense against two or more victims and who has a diagnosed mental disorder that makes the person *a danger to the health and safety of others* in that it is likely that he or she will engage in sexually violent criminal behavior."[12] (§ 6600, subd. (a)(1), italics added; Stats. 2006, ch. 337, § 53; see also Prop. 83, as approved by voters, Gen. Elec. (Nov. 7, 2006) § 24.)

---

[12] Proposition 83 changed the language of this subdivision to require a conviction of a sexually violent offense against "one or more victims" rather than "two or more victims." (Prop. 83, as approved by voters, Gen. Elec. (Nov. 7, 2006) § 24.) That change is not relevant here.

**COPY**

3.      On page 21, first paragraph, last sentence, the word Petitioner is changed to Felix.

There is no change in the judgment.

Dated:    JAN 0 6 2009          JONES, P.J.
                                                                      P. J.

COPY

EXHIBIT - B

COPY

Filed 1/6/09

**CERTIFIED FOR PARTIAL PUBLICATION**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>SCOTT EMERSON FELIX,<br><br>    Defendant and Appellant. | A115717<br><br>(City & County of San Francisco<br>Super. Ct. No. 109100)<br><br>ORDER CERTIFYNG FOR PUBLICATION<br>PART III |

Court of Appeal, First Apellate District
**FILED**
JAN 6 2009
Diana Herbert, Clerk
by _____ Deputy Clerk

THE COURT:

    On December 29, 2008, Attorney General Edmund G. Brown Jr. requested that part III of the opinion that was filed herein on December 16, 2008, that was certified for partial publication in the Official Reports be published. For good cause it now appears that part III of the opinion should be published in the Official Reports and it is so ordered.

Dated: JAN 06 2009

JONES, P.J.
P. J.

| | |
|---|---|
| Trial Court | City & County of San Francisco Superior Court |
| Trial Judge | Honorable Mary Morgan |
| For Plaintiff and Appellant | Mazur & Mazur<br>Janice R. Mazur, Esq.<br>William E. Mazur, Jr. |
| For Respondent | Edmund G. Brown Jr.,<br>Attorney General<br><br>Dane R. Gillette,<br>Chief Assistant Attorney General<br><br>Gerald A. Engler,<br>Senior Asisstant Attorney General<br><br>Laurence K. Sullivan,<br>Supervising Deputy Attorney General<br><br>Moona Nandi,<br>Deputy Attorney General |

*People v. Felix,* A115717