EXHIBIT - 8

SUPREME COURT OF CALIFORNIA

CASE NO. S170045

EN BANC

DATED MARCH 25TH 2009

PETITION FOR REVIEW DENIED

Court of Appeal, First Appellate District, Div. 5 - No. A115717
**S170045**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

THE PEOPLE, Plaintiff and Respondent,

v.

SCOTT EMERSON FELIX, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
FILED

MAR 25 2009

Frederick K. Ohlrich Clerk

_____
Deputy

_____
Chief Justice