IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT E. FELIX, | ) | No. C 10-2823 LHK (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| DR. S. MAYBERG, et al., | ) | |
| Respondents. | ) | |

Petitioner, civil detainee proceeding *pro se*, filed the instant habeas corpus petition challenging his civil commitment, pursuant to 28 U.S.C. § 2254. On June 28, 2010, the Court sent a notification to Petitioner informing him that he did not file a completed in forma pauperis application, nor did he pay the required filing fee. The Court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from Petitioner.

As Petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 13, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\HC.10\Felix823disifp.wpd