IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT E. FELIX, | ) | No. C 10-2823 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DR. S. MAYBERG, et al., | ) | |
| Respondents. | ) | |

The Court has dismissed the instant petition for writ of habeas corpus without prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 13, 2010

LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Felix823jud.wpd