Scott E. Felix ♥
AC9511 LA-305-LOW
P. O. Box 705
Soledad, CA 93960
Petitioner Pro - Se'

FILED

2010 SEP 17 P 1:31

C... ... ...
CL... ...
... ...

FEE NOT PAID

## United States District Court
## Northern District Of California

Scott E. Felix, ♥

    Petitioner,

    V.

Dr. S. Mayberg, Et, Al

    Respondents,

No. C -10-2823- LHK

Notice Of Appeal

Alternative Order For Granting Relief

Petitioner Scott Emerson Felix, Hereby Appeals From The Judgment, & Order By The Court Dismissing The Above - Entitled Case # 10 - 2823 - LHK (PR), Signed By Judge Lucy H. Koh United States District Court Dated The 13TH Of August 2010... See Exhibit - 1

# PAGE - II

PETITIONER, FURTHER MOVE FROM ALL THE OTHER INTERLOCUTORY ORDERS SUBSUMED, THEREIN CASE NO. C01 - 3138 WHA <PR> PRIOR TO TRANSFER ORDER, FOR REASSIGNMENT DATED AUGUST 2ND 2010 BY THE EXECUTIVE COMMITTEE CLERK RICHARD W. WIEKING... SEE EXHIBIT - 2

CLEARLY, THE COURTS DECISION TO REMOVE THE ORIGINAL ASSIGNMENT, FROM JUDGE ALSUP BY CLERK FOR GOOD CAUSE TO THE SAN JOSE NORTHERN DISTRICT COURT, AFTER THE FILING OF MY ASSIGNED ATTORNEY JANICE R. MAZUR, DATED AUGUST 6TH 2010... SEE EXHIBIT - 3

WAS DONE WITHOUT GOOD CAUSE, AS THE COURTS PLEADINGS & PETITIONERS EVIDENCE, IN CASE NO. C01 - 3138 - WHA & CASE NO. C10 - 2823 - LHK PROVE THE STATES CONSTITUTIONAL VIOLATIONS, AS DESCRIBED IN THE MOVING PAPERS, FILED TO THE COURT AS PROOF OF NOT ONLY CRUEL & UNUSUAL PUNISHMENT CLAUSE UNDER THE 5TH & 14TH UNITED STATES AMENDMENTS OF THE CONSTITUTION... ALSO SEE ROBINSON V. CALIFORNIA 370 U.S. 660 <1962> ID AT " 667...

# PAGE - III

THE COURT HAS TRULY LOST, ITS DUTY TO NOT ONLY PROTECT CONSTITUTIONAL VIOLATIONS, BUT PROCESS FEDERAL WRITS IN GOOD FAITH IN THEIR ENTIRE PROCEDURE, WITHOUT FINDING FILING ERRORS TO JUSTIFY ITS ORDER, WHEN ITS CLEAR PETITIONER WAS GRANTED FORMA PAUPERIS APPLICATION IN CASE No. CO1-3138 WHA-(PR) WITHOUT FILING FEE...

THEREFORE, THE COURTS AUGUST 13TH 2010, ORDER VIOLATES NOT ONLY FILED PAPERS BY ATTORNEY JANICE R. MAZUR, ON MY BEHALF TO THE CLERK OF COURT, DATED AUGUST 6TH 2010, ALSO PROVIDED IN EXHIBIT-3 WITH THE E-FILING PRISONERS APPLICATION TO PROCEED. IN FORMA PAUPERIS DATE 7/20/2010...

PETITIONER, Now FOR #14 YEARS HAS BEEN ON A DAILY BASIS SUBJECTED TO VIOLATIONS OF THE V & XIV AMENDMENTS WITH LEGAL PROPERTY & LEGAL WORK PRODUCT, VIOLATIONS WHICH HAVE DENIED ME A LIBERTY & THE PURSUIT TO MY HAPPINESS AS AN AMERICAN CITIZEN, BORN & RAISED IN THE GREAT STATE OF CALIFORNIA...

# PAGE -IV

PETITIONER, RESPECTFULLY ASKS THE COURT & JUDGES, WHEN DOES THE FEDERAL COURT ACKNOWLEDGE THE CRUELTY OF A PERSON SUBJECT TO #14 YEARS OF INCARCERATION FOR A MINOR DRUNK IN PUBLIC VIOLATION, WHILE ON PAROLE WITHOUT ANY OVERT ACT & THE STATE MONITORING PETITIONER OVER CRIMES COMMITTED #28 YEARS AGO...?

THE FACTS ARE CLEAR, THE (ROBINSON V. CALIFORNIA) 370 U.S. 660 - CAL CRIM No 3454 2007 - 1085 - 1087 PROVES UNDER THE STATES OWN ( LANTERMAN - PETRIS - SHORT LPS - ACT OF WELFARE & INSTITUTION CODE § 5000 ET. SEQ INCLUSIVE WITH § 5150 & § 5250 NO APPROPRIATE STATE LAW WAS FOLLOWED & PETITIONER CONSTITUTIONAL RIGHTS AS FULLY DESCRIBED IN CASE No. C10 - 2823 LHK (PR) HAVE BEEN VIOLATED...

PETITIONER, FURTHER CITES LEGAL WORK PROPERTY & DENIAL OF DUE PROCESS IN THE OBSTRUCTION OF PROCESSING THE SAID COMPLAINT UNDER ( BELL V. WOLFISH ), 441, U.S. 520, 99 S. CT. 1861 ( 1979 )...

PAGE - V

WHICH ALSO WITH THE COURTS - E - FILING
BY ATTORNEY JANICE R. MAZUR, IN CASE No
C01 - 3138 (WHA (PR) CREATED CONFUSION FOR
THE COURT & HAS RESULTED IN THE CONTINUED
DENIAL OF ACCESS TO THE COURT, FOR RELIEF
ON APPEAL FROM THE ORIGINAL COMMITMENT OF
PETITIONER SCOTT E. FELIX UNDER WELFARE
& INSTITUTION CODE SECTION S 6600 ET, SEQ.,
STATUTE ∞ SEE: (PROCUNIER V. MARTINEZ),
416 U.S. 396, 419, 94. S. CT 1800 <1974> &
(HEWITT V. HELMS), 459, U.S. 460, 466, -70
103 S. CT. 864 <1983> ALSO SEE < TOUSSAINT
V. MC CARTHY >, 801 F. 2D 1080, 1096, 9TH CIR.
1986 ∞

WITHOUT THE COURT, BRIEFING THE FACTS IN
WHOLE, THE DENIAL TO BE HEARD BY THE COURT
IS IN VIOLATION OF < WOLFF V. MC DONNELL),
418 U.S. 539, 566, 94 S. CT. 2963 <1974>, AS
WAS DENIED BY THE TRIAL COURT IN < PEOPLE
V. SCOTT E. FELIX >, SUPERIOR COURT CASE # 109100
AS DESCRIBED IN THOSE PLEADINGS FILED WITH
THE COURT IN < SCOTT EMERSON FELIX > V. SHERIFF
MICHAEL HENNESSEY, CASE No. C01 - 3138 - WHA
AS CIRCULER CONSTITUTIONAL VIOLATIONS ∞

# PAGE - VI

THUS, RELIEF IS SOUGHT FROM THE COURTS AUGUST 13TH 2010, ORDER OF DISMISSAL BY JUDGE LUCY H. KOH, UNITED STATES DISTRICT PURSUANT TO FEDERAL RULES OF APPELLATE PROCEDURE, RULE 22, PETITIONER HEREBY REQUESTS THAT THIS NOTICE OF APPEAL BE DEEMED TO CONSTITUTE A REQUEST FOR A CERTIFICATE OF APPEALABILITY.

THE COURT MAY ON ITS OWN MOTION CORRECT ITS OWN RULING & ORDER IF THE COURT FINDS AN ERROR AT ANYTIME, THAT THE JUDGMENT IS FOUND TO BE NOT IN THE INTEREST OF JUSTICE, VIA " MISTAKE — INADVERTENCE — SURPRISE OR EXCUSABLE NEGLECT."

FOR THE RECORD, THIS NOTICE OF APPEAL IS FILED INCONJUNCTION, WITH THE COURTS PRIOR ORDER IN THE ABOVE - ENTITLED MATTER CASE No. C10 - 2823 - LHK - <PR>, AS IN THE MATTER OF <HOUSTON V. LACK>, 487 U.S. 266, 274, 108 S. CT. 2379 (1988) — THE COURTS DECISION & MY APPEAL BEING FILED UNDER CASE No. C01 - 3138 WHA <PR> HAVE CREATED JUDICIAL CONFUSION.

PAGE - VII

THUS, THE REASSIGNMENT BY THE CLERK & EXECUTIVE COMMITTEE OF THIS CASE TO THE SAN JOSE DIVISION, OF THE NORTHERN UNITED STATES DISTRICT COURT, WAS NOT IN GOOD CAUSE, DUE TO PETITIONER NEVER BEING GIVEN THE REASON BY THE COURT FOR REASSIGNMENT OR THE OPPERTUNITY TO RESPOND TO THE COURT!!!

FURTHERMORE, BECAUSE OF ATTORNEY OF RECORD MS. JANICE R. MAZUR FILING, THE PAPERS UPON BEHALF OF PETITIONER, VIA THE ELECTRONIC CASE FILING PROGRAM IN THE CASE MS. MAZUR REPRESENTED ME TO AVOID CONFUSION FOR THE COURT, I SOUGHT THE CONSOLIDATION OF PLEADINGS SINCE THEY ARE CIRCULER & THE EVIDENCE PROVES THE FACTS CITED IN <SCOTT E. FELIX V. SHERIFF MICHAEL HENNESSEY>, CASE No CO1-3138 WHA (PR) AS EVENTUALLY WILL BE PROVEN IN CASE No. C10-2823 LHK (PR)...

THUS, THE COURT DUE TO THIS CONFUSION & ABANDONING ITS PRIOR PLEADINGS FOR RELIEF AFTER #9 YEARS OF PETITIONER BEING NOT ONLY SUBJECTED TO CONSTITIONAL -

PAGE - VIII

VIOLATIONS SINCE 1996 FOR A MINOR PAROLE VIOLATION OF DRUNK IN PUBLIC, THIS COURT NOW, WITH PREJUDICE DENIES PETITIONER DUE PROCESS, EQUAL PROTECTION & THE LIBERTY INTERESTS DESCRIBED IN THE PETITIONS/ PLEADINGS BEFORE THE COURT WHICH PROVE THE ABUSE & VIOLATIONS BY THE STATE OF CALIFORNIA... SEE ALL FILED CASE PLEADINGS TO THE COURT...

CLEARLY, THERE ARE "DEBATEABLE" LEGAL ISSUE & THE CROSSING COURT PAPERS VIA E - FILING BY ATTORNEY OF RECORD JANICE R. MAZUR, APPOINTED BY THE COURT, DUE TO PETITIONER BEING CURRENTLY INCARCERATED & IS INDIGENT... SEE EXHIBIT - 4

PETITIONER, MOVE THE COURT TAKE JUDICIAL NOTICE OF THE PRIOR ORDERS TO PROCEED IN FORMA PAUPERUS, WHILE REQUESTING THE APPOINTMENT OF COUNSEL ON APPEAL, DUE TO THE COMPLEXITY OF THE CASE, COURTS ERROR, IN CONFUSION CREATED BY THE NEW BUT CIRCULAR PLEADINGS...

# PAGE - IX

## Action Requested & Relief Sought

1. PETITIONER, MOVE THE COURT REVERSE ITS PRIOR ORDERS, WHILE GRANTING THE RELIEF SOUGHT BY PETITIONER IN THE FILED FORMA PAUPERUS PLEADINGS TO THE COURT...

2. PETITIONER, MOVE THE COURT APPOINT THE ATTORNEY AT LAW JANICE R. MAZUR, OF THE LAW FIRM OF MAZUR & MAZUR 13465 CAMINO CANADA, SUITE 106 - 103 EL CAJON, CALIFORNIA 92020, TEL. (888) 810 - 5050 DUE TO THE COURTS CONFUSION, COMPLEXITY, & HER LEGAL FAMILIARINESS WITH THE FACTS OF THE CASE...

3. PETITIONER, MOVE THE COURT ACCEPT THE NOTICE OF APPEAL, IF THE COURT DENIES THE REQUESTED SECTIONS #1 & #2 OF THE ACTION REQUESTED & RELIEF SOUGHT UNDER FEDERAL RULE OF APPELLATE PROCEDURE, RULE 22 FOR CERTIFICATE OF APPEALABILITY/...

4. PETITIONER, MOVE THE COURT TAKE ANY ADDITIONAL ACTION IT DEEMS, JUST & OR PROPER FOR PETITIONER IN THE INTEREST OF JUSTICE FOR SCOTT E. FELIX...

PAGE - X

I, SCOTT E. FELIX, HEREBY DECLARE THE FOREGOING FACTS ARE TRUE & CORRECT UNDER CALIFORNIA LAW... EXECUTED THIS 5TH DAY OF SEPTEMBER 2010, HERE AT CTF NORTH, SOLEDAD CALIFORNIA...

CORDIALLY

Scott E. Felix
SCOTT E. FELIX

EXHIBIT - 1
AUGUST 13TH 2010
COURT   ORDER

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  SCOTT E. FELIX,                          )        No. C 10-2823 LHK (PR)
                                            )
12            Petitioner,                    )        ORDER OF DISMISSAL
                                            )
13     v.                                    )
                                            )
14  DR. S. MAYBERG, et al.,                  )
                                            )
15            Respondents.                   )
                                            )
16

17         Petitioner, civil detainee proceeding *pro se*, filed the instant habeas corpus petition

18  challenging his civil commitment, pursuant to 28 U.S.C. § 2254. On June 28, 2010, the Court

19  sent a notification to Petitioner informing him that he did not file a completed in forma pauperis

20  application, nor did he pay the required filing fee. The Court provided a copy of the in forma

21  pauperis application, along with a return envelope, and a notification that the case would be

22  dismissed if Petitioner failed to pay the fee or file a completed application with supporting

23  documentation within thirty days. No response has been received from Petitioner.

24         As Petitioner has not filed a completed in forma pauperis application or paid the filing

25  fee, this case is DISMISSED without prejudice. The Clerk shall close the file.

26         IT IS SO ORDERED.

27  DATED: August 13, 2010                   _Lucy H. Koh_

                                            LUCY H. KOH
28                                          United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\HC.10\Felix823disifp.wpd

1

2

3

4

5

6

7

8

9   IN THE UNITED STATES DISTRICT COURT

10  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  SCOTT E. FELIX,                          )        No. C 10-2823 LHK (PR)
                                            )
12          Petitioner,                      )        JUDGMENT
                                            )
13      v.                                   )
                                            )
14  DR. S. MAYBERG, et al.,                  )
                                            )
15          Respondents.                     )
                                            )
16  _____ )

17      The Court has dismissed the instant petition for writ of habeas corpus without

18  prejudice. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

19      IT IS SO ORDERED.

20  DATED: August 13, 2010

                                    _Lucy H. Koh_____
21                                  LUCY H. KOH
                                    United States District Judge

22

23

24

25

26

27

28

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Felix823jud.wpd

EXHIBIT - 2
AUGUST 2ND 2010
EXECUTIVE COMMITTEE
CLERK ORDER

UNITED STATES DISTRICT COURT
Northern District of California
280 S. 1ˢᵗ Street
San Jose, California 95113

FILED
August 2, 2010
Richard W. Wieking
Northern District of California

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**CASE NUMBER: 3:10-cv-02823-WHA**
**CASE TITLE: Felix v. Mayberg et al**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division **Honorable Lucy H. Koh** for all further proceedings.

The parties are instructed that all future filings shall bear the initials **LHK** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE JUDGE KOH.

Date: August 2, 2010

FOR THE EXECUTIVE COMMITTEE:

Richard W. Wieking
Clerk

Copies to:  All Parties

*3:10-cv-02823-WHA-2*

Scott E. Felix
**AC9511**
**PO Box 5500**
**Wasco, CA 93280**

3:10-cv-02823-WHA

EXHIBIT - 3
AUGUST 6TH 2010
JANICE R. MAZUR
CLERK OF COURT

# MAZUR & MAZUR

Attorneys at Law

Janice R. Mazur
William E. Mazur, Jr.

13465 Camino Canada, Suite 106, No.103, El Cajon, California 92021 * Tel: (888) 810-5950
Fax (888) 447-7085 * e-mail: appealslawyer@aol.com

August 6, 2010

Clerk of the Court
US District Court
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, CA 94102-9680

> RE: Petition for Writ of Habeas Corpus
> Felix v. Mayberg
> Case No. CV 10 2823

To the Clerk of the Court:

I am an attorney. The petitioner in this matter is acting in pro se and is currently
incarcerated in state custody. I represent him in a different matter and as a
courtesy, I am forwarding the enclosed documents on his behalf and at his request.
(I received these documents on August 3rd)

Enclosed is his completed In Forma Pauperis application. I was unable to find a
citation for the Federal Page v. Torey case referenced in his letter.

Because the Petitioner is incarcerated, he does not have access to a computer and
requests that he be removed from the electronic case filing program.

Please note the Petitioner's change of address and continue to direct any
correspondence to him directly.

Sincerely,

JANICE R. MAZUR
JRM/sf
encs.
cc: Scott Felix w/ enclosures

13465 CAMINO CANADA, SUITE 106
EL CAJON, CA 92021

JULY 20TH
2010

DEAR. MS. MAZUR,

RECIEVED TODAY FROM WASCO
STATE PRISON PER TRANSFER TO CTF
SOLEDAD FACE COVER NEW FEDERAL
PETITION FOR WRIT OF HABEAS CORPUS
CV-10-2823-WHA...

ENCLOSED WAS E-FILING CASE
INFORMATION & I DON'T WANT TO MESS
YOUR FILINGS' UP, SO I AM FORWARDING
THIS INFORMATION TO YOU & REQUESTING
YOU FORWARD MY IN FORMA PAUPERIS CASE
APPLICATION TO THE COURT...

PLEASE WRITE IN THE CASE
NUMBER FOR PAGE V. TOREY # _____?,
IT WAIVES FILING FEES... THANK YOU
& WILL WRITE SOON MS. MAZUR...

P.S. MAKE COPIES FOR ME, CORDIALLY
& COVER LETTER CLERK...

CC: SEF/JRM:                    SCOTT E. FELIX

TO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE. S.F. CA94102

JULY 20TH
2010

COURT CLERK,

ENCLOSED IS THE FOLLOWING:

1. JULY 20TH 2010 LETTER ATTORNEY JANICE R. MAZUR

2. E-FILING INFORMATION HANDOUT FOR MS. MAZUR REVIEW / DISPOSITION WITH COURT CLERK...

3. IN FORMA PAUPERIS APPLICATION COMPLETED - YET NOT APPLICABLE BY FEDERAL CASE PAGE V. TOREY CASE No. _____? WAIVER CIVIL COMMITMENTS...

4. CHANGE OF ADDRESS PLAINTIFF:

SCOTT E. FELIX
AC9511 LA-147-LOW
P.O. BOX - 705
SOLEDAD, CA 93960

PAGE - II

FINALLY, PETITIONER REQUESTS THE COURT CLERK, WAIVE THE FILING FEE UNDER <PAGE V. TOREY> CASE No. UNKNOWN AT THIS TIME, BUT CITED & WAIVED IN CASE No. CO1 - 03138 WHA NORTHERN DISTRICT...

THE COURT IS NOTIFIED, PLAINTIFF IS STILL BEING DENIED HIS PRO - SE LEGAL WORK & WORK PRODUCT BY THE STATE... THANK YOU FOR ALL YOUR ASSISTANCE & ATTENTION IN THIS MATTER...

CORDIALLY

CC: SEF/US/CLERK                    SCOTT E. FELIX

ENCLOSURES

SPECIAL FOOTNOTE:

THE CONTINUED DENIAL OF MY LEGAL PROPERTY & BEING TRANSFERED BY THE STATE - RENEWS APPOINTMENT COUNSEL...

FILED

JUN 2 8 2010

530

CLERK, U.S. W. WIEKING
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

1   **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2   Name FELIX     SCOTT     E.
         (Last)        (First)        (Initial)

3   Prisoner Number DMH/CSH CO-550-4 & CDC #AC9511

4   Institutional Address P.O. BOX 5500 B-V-101

5         WASCO, CA 93280

6   ===============================================
        UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA          **WHA**

8   SCOTT E. FELIX          CV 10 2823
    (Enter the full name of plaintiff in this action.)

9                                          )
                    vs.                    )        **(PR)**
10                                         )   Case No. _____
    DMH DIRECTOR DR.                       )   (To be provided by the clerk of court)
11  S. MAYBERG ET. AL,                     )
                                           )   **PETITION FOR A WRIT**
12  SHERIFF P. HEDGE,                      )   **OF HABEAS CORPUS**
                                           )
13  WARDEN P. VASQUEZ                      )   HAINES V. KERNER
14  (Enter the full name of respondent(s) or jailor in this action)  )   404 U.S. 519 520
                                           )   92 S. CT. 594 (1972)
15
    ===============================================
16          Read Comments Carefully Before Filling In      E-filing

17  When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

    PET. FOR WRIT OF HAB. CORPUS          - 1 -

Dear Sir or Madam:

Your petition has been filed as civil case number _____ **C V   1 0   2823**

A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ___✓___ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

      _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

      _____ Your In Forma Pauperis Application was not completed in its entirety.

      _____ You did not sign your In Forma Pauperis Application.

      _____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

      _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

      _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
             Deputy Clerk

rev. 11/07

*FELIX*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## INSTRUCTIONS FOR PRISONER'S
## IN FORMA PAUPERIS APPLICATION

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

### A.   Non-habeas Civil Actions

Effective April 9, 2006 the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

### B.   Habeas Actions

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER- (Rev. 4/06)

1
2
3
4
5
6
7

E-filing

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10    SCOTT E. FELIX                  )    CV 10 2823
11                        Plaintiff,  )    CASE NO. _____
                                      )
12    vs.                             )    PRISONER'S                    WHA
      DMH DIRECTOR DR. S.             )    APPLICATION TO PROCEED
13    MAYBERG ET. AL                  )    IN FORMA PAUPERIS
14                        Defendant.  )                                  (PR)
15                                    )

16        I, SCOTT FELIX _____, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.    Are you presently employed? Yes ____ No ✓

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____ N/A _____     Net: _____ N/A _____

27   Employer: _____ N/A _____

28   _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received. (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _LOCAL 393 UNION SAN_

5  _JOSE 1996 - No EMPLOYMENT "14 YEARS,_

6  _No EMPLOYMENT WHILE INCARCERATED no_

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or                    Yes _____ No _✓_

10           self employment

11     b.    Income from stocks, bonds,                 Yes _____ No _✓_

12           or royalties?

13     c.    Rent payments?                             Yes _____ No _✓_

14     d.    Pensions, annuities, or                    Yes _____ No _✓_

15           life insurance payments?

16     e.    Federal or State welfare payments,         Yes _____ No _✓_

17           Social Security or other govern-

18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ N/A _____

22  _____

23  3.    Are you married?                             Yes _____ No _✓_

24  Spouse's Full Name: _____ N/A _____

25  Spouse's Place of Employment: _____ N/A _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ N/A _____ Net $_____ N/A _____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1       b.      List the persons other than your spouse who are dependent upon you for

2                   support and indicate how much you contribute toward their support. (NOTE:

3                   For minor children, list only their initials and ages. DO NOT INCLUDE

4                   THEIR NAMES.).

5   _____ N/A _____

6   _____

7   5.     Do you own or are you buying a home?       Yes ____ No ✓

8   Estimated Market Value: $ ____N/A____ Amount of Mortgage: $ ____N/A____

9   6.     Do you own an automobile?          Yes ____ No ✓

10  Make ____N/A____ Year ____N/A____ Model ____N/A____

11  Is it financed? Yes ____ No ✓ If so, Total due: $ ____N/A____

12  Monthly Payment: $ ____N/A____

13  7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____ N/A _____

16  Present balance(s): $ _____ N/A _____

17  Do you own any cash? Yes ____ No ✓ Amount: $ _____ N/A _____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ____ No ✓

20  _____ N/A _____

21  8.     What are your monthly expenses?

22  Rent: $ _____ N/A _____ Utilities: _____ N/A _____

23  Food: $ _____ N/A _____ Clothing: _____ N/A _____

24  Charge Accounts:

25  Name of Account       Monthly Payment       Total Owed on This Acct.

26  _____ $ _____ $ _____

27  _____ N/A _____ $ _____ N/A _____ $ _____ N/A _____

28  _____ $ _____ $ _____

1   9.      Do you have any other debts?  (List current obligations, indicating amounts and to

2   whom they are payable.  Do not include account numbers.)

3   _____ N/A _____

4   _____

5   10.     Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ✓   No ___

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   SCOTT E. FELIX V., SHARIFF HENNESSEY

10  CASE No C01 - 03138 - WHA JUDGE ALSUP

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  7/20/2010                          Scott Felix

17     DATE                            SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                      - 4 -

*PLAINTIFF,*

*FEDERAL CASE PAGE v. TORREY*

*CASE No.*

*NOT APPLY...*

Case Number: _____

*DOES/*

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _____ for the last six months

<span style="font-size: smaller">[prisoner name]</span>

_____ where (s)he is confined.

<span style="font-size: smaller">[name of institution]</span>

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ _____ and the average balance in the prisoner's

account each month for the most recent 6-month period was $_____.

Dated:_____                    _____

[Authorized officer of the institution]

- 5 -

EXHIBIT - 4
NOTICE OF APPEAL
FORMA PAUPERUS
CASE NO. CO1-3138 - WHA

1   Scott Emerson Felix
    AC9511, LA-147-Low
2   P.O . Box 705
    Soledad, CA 93960
3   Message Phone: (805) 474-5605

4

5   Petitioner/appellant in pro se

6

7

8               UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  SCOTT EMERSON FELIX,              )   Case No. C01-3138 WHA (PR)
                                      )
11              Petitioner,           )   NOTICE OF APPEAL
                                      )
12                                    )
                                      )
13  v.                               )
                                      )
14  SHERIFF MICHAEL HENNESSEY,       )
    Warden,                          )
15                                   )
               Respondent.           )
16  _____)

17       Petitioner Scott Emerson Felix hereby appeals from the Judgment signed by

18  Judge Alsup in this action on August 11, 2010 and from all interlocutory orders

19  subsumed therein, including but not limited to the orders entered in this action on

20  November 18, 2008 and September 21, 2009.

21       Pursuant to Federal Rules of Appellate Procedure, rule 22, petitioner hereby

22  requests that this Notice of Appeal be deemed to constitute a request for a Certificate

23  of Appealability. Although the District Court ruled, in its August 11, 2010 order, that

24  petitioner is not entitled to a certificate of appealability, petitioner requests this court

25  to take judicial notice of the District Court's Order to Show Cause filed on March 26,

26  2009, in which the court states that issues raised in Petitioner's previous motion for a

27  certificate of appealability (filed on or about February 18, 2009), are "debateable."

28

1    Petitioner is currently incarcerated and is indigent. Petitioner requests to

2  proceeed in forma pauperus and further requests appointment of counsel on appeal. If

3  possible, petitioner requests that attorney Janice Mazur, of the firm Mazur & Mazur,

4  13465 Camino Canada, Suite 106-103, El Cajon, California 920201, Tel: (888) 810-

5  5050 Fax: (888) 447-7085), email: appealslawyer@aol.com, be appointed to represent

6  him on appeal as she has represented him in the District Court proceedings and is

7  familiar with the facts and issues.

8

9  DATED: 8/31/2010             Scott E. Felix
                           Petitioner Scott Felix, in pro se

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, SCOTT E. FELIX, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT ON THE 5TH OF SEPTEMBER 2010, I MAILED A TRUE COPY OF THE ENCLOSED PLEADINGS;

1. NOTICE OF APPEAL & ALTERNATIVE ORDER FOR GRANTING RELIEF...

THESE PAPERS & PLEADING WERE FILED TO THE COURT;

JUDGE LUCY H. KOH
U.S. DISTRICT JUDGE
NORTHERN DISTRICT CALIFORNIA
280 SOUTH FIRST STREET #2112
SAN JOSE, CA 95113 - 3095

BY PLACING THEM IN A PREPAID ENVELOPE IN THE FACILITY MAILBOX AT CDCR - CTF NORTH SOLEDAD - P.O. BOX 705, SOLEDAD, CA 93960 ON SEPT 5TH 2010...

BY: Scott E. Felix
SCOTT E. FELIX

Scott E. Felix
#C9511 LA 305-Low
P.O. Box 705
Soledad, CA 93960

(Enclosures)

Office Of The Clerk
Northern District Of California
280 South First St. Room 2112
San Jose, CA 95113-3095