FILED

NOV 22 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>    Petitioner - Appellant,<br><br> v.<br><br>S. MAYBERG, Dr., DMH Director; et al.,<br><br>    Respondents - Appellees. | No. 10-17100<br><br>D.C. No. 5:10-cv-02823-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

  The district court has not issued or declined to issue a certificate of appealability in this appeal, which appears to arise under 28 U.S.C. § 2254. Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b)*; United States v. Asrar,* 116 F.3d 1268, 1270 (9th Cir. 1997).

  If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing. *See* 28 U.S.C. § 2253(c)(3); *Asrar*, 116 F.3d at 1270. Under *Asrar*, if the district court declines to issue a certificate, the court should state its reasons why a certificate of

CO/Pro Se

appealability should not be granted, and the clerk of the district court shall forward to this court the record with the order denying the certificate. *See Asrar*, 116 F.3d 1270.

A new briefing schedule will be established after the certificate of appealability issue is resolved. The Clerk shall serve this order on the district judge.