IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. FELIX, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DR. S. MAYBERG, et al., ) <br> ) <br> Respondents. ) <br> ) | No. C 10-2823 LHK (PR) <br><br> ORDER DENYING CERTIFICATE OF APPEALABILITY |

Petitioner, proceeding *pro se*, filed a habeas corpus petition challenging his civil commitment, pursuant to 28 U.S.C. § 2254. On August 17, 2010, the Court dismissed this action without prejudice and entered judgment for failing to file a completed in forma pauperis application or pay the filing fee within thirty days of the notification to do so. Petitioner filed a timely notice of appeal.

Upon the filing of a notice of appeal and a request for a certificate of appealability ("COA"), the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997) (citing 28 U.S.C. § 2253(c)(3)). Although Petitioner did not file a separate request for a COA, the Court construes his notice of appeal as such. *See Asrar*, 116 F.3d at 1270.

Order Denying Certificate of Appealability
P:\PRO-SE\SJ.LHK\HC.10\Felix823coaden.wpd

1     Petitioner has not shown "that jurists of reason would find it debatable whether the
2 petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would
3 find it debatable whether the district court was correct in its procedural ruling." *Slack v.*
4 *McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability is DENIED.
5     The Clerk shall serve notice of this order forthwith to the United States Court of Appeal
6 and to the parties. *See* Fed. R. App. P. 24(a).
7     IT IS SO ORDERED.
8 DATED:  1/11/11                                    _____
9                                                  LUCY H. KOH
                                                 United States District Judge