FILED

MAR 23 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>           Petitioner - Appellant,<br><br> v.<br><br>S. MAYBERG, Dr., DMH Director; et al.,<br><br>           Respondents - Appellees. | No. 10-17100<br><br>D.C. No. 5:10-cv-02823-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

The court's records indicate that appellant's September 17, 2010, notice of appeal included a timely-filed Fed. R. App. P. 4(a)(4) motion, in which appellant attempted to show that he complied with the court's instructions to file in forma pauperis application. The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. See Fed. R. App. P. 4(a)(4). Accordingly, proceedings in this court shall be held in abeyance pending the district court's resolution of the pending September 17, 2010, motion. See Leader Nat'l Ins. Co. v. Industrial Indemnity Ins. Co., 19 F.3d 444 (9th Cir. 1994).

If appellant wishes to challenge the district court's ruling on the pending motion for reconsideration, appellant shall file an amended notice of appeal within 30 days from entry of the district court's ruling on the motion. See Fed. R. App. P.

4(a)(4).  A copy of this order shall be sent to the district court.  See Fed. R. App. P. 3(d).

                    FOR THE COURT:

                    Molly Dwyer
                    Clerk of Court

                    By:  Olga A. Mitchell
                    COA Attorney/Deputy Clerk
                    9th Cir. R. 27-7
                    General Orders/Appendix A