1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. FELIX, | No. C 10-2823 LHK (PR) |
| Petitioner, | ORDER SUA SPONTE GRANTING |
| v. | PETITIONER AN EXTENSION OF TIME TO FILE COMPLETED APPLICATION TO PROCEED IN |
| DR. S. MAYBERG, et al., | FORMA PAUPERIS OR PAY FILING FEE |
| Respondents. | |

On June 28, 2010, Petitioner, proceeding *pro se*, filed a habeas corpus petition

challenging his civil commitment, pursuant to 28 U.S.C. § 2254.  That same day, the Clerk sent

him notice he failed to file a completed application to proceed IFP or pay the $5.00 filing fee.

The notification further informed Petitioner that the failure to submit a completed application to

proceed IFP or the $5.00 filing fee would result in the dismissal of the action.  The Court

received no response from Petitioner within thirty days, i.e., by July 28, 2010, and thus, on

August 17, 2010, the Court dismissed this action without prejudice and entered judgment for

failing to file a completed in forma pauperis application ("IFP") or pay the filing fee within thirty

days of the notification to do so.  Petitioner filed a timely notice of appeal.

On May 23, 2012, the Ninth Circuit Court of Appeals construed Petitioner's notice of

appeal as a request for a certificate of appealability, and as a motion for reconsideration.  The

Ninth Circuit found that Petitioner attempted to demonstrate compliance with the Court's

Order Sua Sponte Granting Petitioner an Extension of Time to File Completed Application to Proceed In Forma
Pauperis or Pay Filing Fee
G:\PRO-SE\SJ.LHK\HC.10\Felix823eotdirP.wpd

1    previous instruction to file an IFP application.  Specifically, Petitioner stated that his attorney

2    filed papers on his behalf on August 6, 2010, and those papers included his application to

3    proceed IFP.  In light of the motion for reconsideration, the Ninth Circuit held the proceedings in

4    abeyance pending this Court's resolution of Petitioner's motion for reconsideration.

5         On June 28, 2012, the Court reviewed Petitioner's motion for reconsideration, and found

6    that the letter from Petitioner's attorney was dated after the deadline set for Petitioner to pay the

7    filing fee, and Petitioner's application to proceed IFP was deficient.  To that end, the Court

8    directed Petitioner to file a completed application to proceed IFP.

9         On July 31, 2012, Petitioner filed a motion to proceed IFP.  In the motion, Petitioner

10   alleges that he has been asking prison officials to send a statement of his prison trust account, as

11   well as $5.00 to pay the filing fee.  In light of the exhibits attached to Petitioner's motion, the

12   Court sua sponte GRANTS Petitioner an extension of time to file a completed IFP application.

13   The application shall include not only a trust account statement showing transactions for the last

14   six months, but also a Certificate of Funds completed and signed by an authorized officer at the

15   prison.  **In the alternative**, Petitioner shall pay the $5.00 habeas filing fee.  **Within thirty days**

16   of the filing date of this order, therefore, Petitioner shall either submit a completed IFP

17   application (including both the trust account statement and a Certificate of Funds), OR pay the

18   $5.00 filing fee.  **Failure to file a completed IFP application, or pay the filing fee, within**

19   **thirty days, and in accordance with this order will result in the denial of Petitioner's**

20   **motion for reconsideration, and Petitioner's case remaining closed.**

21        IT IS SO ORDERED.

22   DATED: _August 12, 2012_

23                                        LUCY H. KOH
                                         United States District Judge

24

25

26

27

28

Order Sua Sponte Granting Petitioner an Extension of Time to File Completed Application to Proceed In Forma
Pauperis or Pay Filing Fee
G:\PRO-SE\SJ.LHK\HC.10\Felix823eotdirP.wpd      2