IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT E. FELIX,**<br><br>                              Petitioner,<br><br>     v.<br><br>**DR. S. MAYBERG, et al,**<br><br>                              Respondent. | Case No. C 10-2823 LHK (PR)<br><br>**[PROPOSED]** ORDER |

Good cause appearing, respondent may have until May 3, 2013, in which to file a response to the order to show cause. Petition may file a traverse 30 days after receipt of the answer or response

Dated:  March 22, 2013                               _Lucy H. Koh_____
                                                                  The Honorable Lucy H. Koh

1

[Proposed] Order (C 10-2823 LHK (PR))