IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT E. FELIX,** | Case No. C 10-2823 LHK (PR) |
| Petitioner, | **[PROPOSED]** ORDER |
| v. | |
| **DR. S. MAYBERG, Warden, et al,** | |
| Respondent. | |

Good cause appearing, respondent may have until June 3, 2013, in which to file a response to the order to show cause. Petition may file a traverse 30 days after receipt of the answer or response

Dated: May 5, 2013

*Lucy H. Koh*
The Honorable Lucy H. Koh

1

[Proposed] Order (C 10-2823 LHK (PR))