**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT E. FELIX, | ) Case No.: 10-CV-02823-LHK |
| Petitioner, | ) ORDER VACATING HEARING; |
| v. | ) CONTINUING CASE MANAGEMENT |
| | ) CONFERENCE |
| DR. S. MAYBERG, et al, WARDEN, | ) |
| Respondent. | ) |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss appropriate for determination without oral argument. Accordingly, the hearing scheduled for August 29, 2013, is hereby VACATED. The case management conference is CONTINUED to September 25, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 2, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-02823-LHK
ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE